**Exhibit "B"**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

GATEHOUSE STATION SQUARE, L.P.
             Plaintiff,
    v.

STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY,
             Defendant.

No. GD-21-001899

**ENTRY OF APPEARANCE**

**Filed on behalf of Defendant:
State Auto Property & Casualty
Insurance Company**

CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Counsel of Record for this Party:

William Krekstein, Esquire
Pa. Id. No.: 69149

TIMONEY KNOX, LLP
400 Maryland Drive
Fort Washington, PA 19304
215-646-6000
215-646-0379 (fax)
wkrekstein@timoneyknox.com

    s/William Krekstein
William Krekstein, Esquire

1674062-1

**TIMONEY KNOX, LLP**
By:  William Krekstein, Esquire
Pa. Id. No.: 69149
400 Maryland Drive
Fort Washington, PA 19304
215-646-6000
215-646-0379 (fax)
wkrekstein@timoneyknox.com

Attorneys for Defendant

| | |
|---|---|
| GATEHOUSE STATION SQUARE, L.P.<br>                    Plaintiff,<br>          v.<br><br>STATE AUTO PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br>                    Defendant. | COURT OF COMMON PLEAS OF<br>ALLEGHENY COUNTY<br><br>NO. GD-21-001899 |

## <u>ENTRY OF APPEARANCES</u>

TO THE PROTHONOTARY:

     Please enter the appearances of William Krekstein on behalf of Defendant, in the above-captioned matter.

                                        **TIMONEY KNOX, LLP**

Dated: <u>March 15, 2021</u>          By:   <u>s/William Krekstein</u>
                                         William Krekstein, Esquire

**TIMONEY KNOX, LLP**
By:  William Krekstein, Esquire
Pa. Id. No.: 69149
400 Maryland Drive
Fort Washington, PA 19304
215-646-6000
215-646-0379 (fax)
wkrekstein@timoneyknox.com                    Attorneys for Defendant

| | |
|---|---|
| GATEHOUSE STATION SQUARE, L.P. | COURT OF COMMON PLEAS OF |
| Plaintiff, | ALLEGHENY COUNTY |
| v. | |
| | NO. GD-21-001899 |
| STATE AUTO PROPERTY & CASUALTY | |
| INSURANCE COMPANY, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I, William Krekstein, Esquire, do hereby certify that I caused to be served a true and

correct copy of the foregoing Entry of Appearance via email upon the following:

Mattthew L. Kurzweg, Esquire
Kurzweg Low Offices
525 William Penn Place 28th Floor
Pittsburgh PA 15219
mkurzweg@kurzweglaw.com

**TIMONEY KNOX, LLP**

Dated: <u>March 15, 2021</u>                    By:     <u>s/William Krekstein</u>
                                                    William Krekstein, Esquire

1674062-1

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

GATEHOUSE STATION SQUARE, L.P.,                     CIVIL DIVISION

     Plaintiff,

     v.                                                              No. GD 21-001899

STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY,

     Defendants.                                        **AFFIDAVIT OF SERVICE**


Filed on Behalf of Plaintiff Gatehouse
Station Square, L.P.

Counsel of Record for this Party:

Matthew L. Kurzweg, Esquire
PA.ID. #76462

Kurzweg Law Offices
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
Phone: (412) 258-2223
Fax:    (412) 774-3001
Mkurzweg@kurzweglaw.com

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| GATEHOUSE STATION SQUARE, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. GD 21-001899 |
| v. | ) | |
| | ) | |
| STATE AUTO PROPERTY & CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF SERVICE**

I, Matthew L. Kurzweg, counsel for Plaintiff Gatehouse Station Square, L.P., depose and say that I caused to be served a true and correct copy of the Complaint filed in the above-captioned matter to be served upon Defendant State Auto Property and Casualty Insurance Company located at 518 East Broad Street, Columbus, Ohio, 43215, by U.S. certified mail, restricted delivery, return receipt requested.  Attached hereto is the return receipt, evidencing receipt of the same on March 11, 2021.

I understand that false statements herein are subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

Respectfully Submitted,

*/s/ Matthew L. Kurzweg*
Matthew L. Kurzweg, Esquire
PA.ID. #76462

Kurzweg Law Offices
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
Phone: (412) 258-2223
Fax:    (412) 774-3001
Mkurzweg@kurzweglaw.com



## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned counsel for Plaintiff, hereby certify that I caused a true and correct copy of the foregoing Affidavit of Service to be served upon counsel of record for Defendant on the 17th day of March, 2021 by via email, as follows:

William Krekstein, Esquire
TIMONEY KNOX, LLP
400 Maryland Drive
Fort Washington, PA 19304
wkrekstein@timoneyknox.com

Respectfully submitted,


*/s/ Matthew L. Kurzweg*
Matthew L. Kurzweg, Esq.
Pa.I.D. 76462
Attorney for Plaintiff

Kurzweg Law Offices
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
(412) 258-2223
(412) 774-3001 (Fax)
Mkurzweg@kurzweglaw.com