**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GATEHOUSE STATION SQUARE, L.P.**<br>**Plaintiff,**<br>v.<br>**STATE AUTO PROPERTY &**<br>**CASUALTY INSURANCE COMPANY,**<br>**Defendant.** | **CASE NO.: 2:21-cv-00421-NBF** |

## STIPULATION OF DISMISSAL

It is stipulated and agreed by and between undersigned counsel for Plaintiff, Gatehouse Station Square, L.P., and Defendant, State Auto Property & Casualty Insurance Company ("State Auto"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii) that this action is dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ William O. Krekstein | /s/ Matthew L. Kurzweg |
| William O. Krekstein | Matthew L. Kurzweg |
| PA I.D. #69149 | PA I.D. #76462 |
| Horst Krekstein & Runyon, LLC | Kurzweg Law Offices |
| 610 W. Germantown Pike, Suite 350 | 525 William Penn Place, 28th Floor |
| Plymouth Meeting, PA  19462 | Pittsburgh, PA 15219 |
| wkrekstein@hkr.law | mkurzweg@kurzweglaw.com |
| 484-243-6868 (phone) | 412-258-2223 (phone) |
| | |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |